UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>DEATLEY LITIGATION | NO. CV-06-0278-JLQ<br>NO. CV-07-0291-JLQ<br><br>**ORDER DENYING HOLLAND & KNIGHT'S AND CHRIS HOWARD'S MOTION FOR PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED:**

The Motion for Protective Order **(Ct. Rec. 44)** filed by Holland and Knight and Chris Howard in Cause No. **07-CV-291-JLQ**, before the matter was consolidated into Cause No. 06-CV-278-JLQ is hereby **DENIED** as **MOOT**.

The Clerk is hereby directed to enter this Order in both Cause No. 06-CV-278-JLQ and 07-CV-291-JLQ, and furnish copies to counsel.

**DATED** this 19th day of November, 2007.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1