AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re: DEATLEY LITIGATION

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-291-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Richard B. Price / Richard B. Price P.S. is hereby DISMISSED with prejudice from any claims for all purposes.

| | |
|---|---|
| January 15, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |